AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| MICHAEL QUINN<br>*Plaintiff*<br>v.<br>ELI S. JACOBS<br>*Defendant* | )<br>)<br>)   Case No.   12-CV-2423<br>)<br>) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ELI S. JACOBS

Date:    04/04/2012

*Attorney's signature*

David E. Ross   DR-5092
*Printed name and bar number*

Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019

*Address*

DRoss@kasowitz.com
*E-mail address*

(212) 506-1748
*Telephone number*

(212) 835-5048
*FAX number*