AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| MICHAEL QUINN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 12-CV-2423 |
| ELI S. JACOBS | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ELI S. JACOBS

Date:   04/04/2012

*Attorney's signature*

Danielle M. Kudla
*Printed name and bar number*

Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
*Address*

DKudla@kasowitz.com
*E-mail address*

(212) 506-1762
*Telephone number*

(212) 506-1800
*FAX number*