UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL QUINN

Civil Action #: 12 CIV 2423

v.

*Plaintiff*

ELI S. JACOBS

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York  }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;
Deponent is not a party herein, is over 18 years of age and resides in Bethpage, New York

That on **4/2/2012** at **3:33 PM** at **641 Lexington Avenue, Suite 1100, New York, NY 10022** deponent served a(n) **Summons In A Civil Action, Complaint, Individual Practices In Civil Cases Katherine B. Forrest, United States District Judge, Individual Practices Of Magistrate Judge Debra Freeman, Electronic Case Filing Rules & Instructions** on **Eli S. Jacobs**, by delivering thereat a true copy of each to **Mercedes Collado [Co-Worker]**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Within 20 days of such delivery, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business at **641 Lexington Avenue, Suite 1100, New York, NY 10022** and deposited said envelope in an offical depository under the exclusive care and custody of the U.S. Postal Service within New York State. The Envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.
Mailed Copy on **4/3/2012** at **10:00 AM**
**c/o Essex Management Co.**

Description of Person Served:
Gender: Female
Skin:  White
Hair: Brown
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 161-200 Lbs.
Other: Glasses

MILITARY SERVICE:  Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
3rd day of April, 2012

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2015

Christine Asselta
License No. 1413376

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

12 CIV 2423

| | | |
|---|---|---|
| MICHAEL QUINN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| ELI S. JACOBS | ) | |
| | ) | **JUDGE FORREST** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eli S. Jacobs
　　　　　　　　　　　　　　　　　641 Lexington Avenue
　　　　　　　　　　　　　　　　　New York, New York 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven G. Eckhaus
　　　　　　　　　　　　　　　　　　　　　　　Katten Muchin Rosenman LLP
　　　　　　　　　　　　　　　　　　　　　　　575 Madison Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: MAR 30 2012　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                              *Server's signature*

                              _____
                              *Printed name and title*

                              _____
                              *Server's address*

Additional information regarding attempted service, etc: