David E. Ross (dross@kasowitz.com)
Danielle M. Kudla (dkudla@kasowitz.com)

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel:  (212) 506-1700

*Attorneys for Defendant Eli S. Jacobs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL QUINN,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>ELI S. JACOBS,<br><br>　　　　　　Defendant. | **12 Civ. 2423 (KBF)**<br><br>**NOTICE OF MOTION** |

　　　　PLEASE TAKE NOTICE, that upon the accompanying memorandum of law, dated April 23, 2012, defendant Eli S. Jacobs, by and through his undersigned attorneys, hereby moves this Court, before the Honorable Katherine B. Forrest, United States District Court for the Southern District of New York, for an order striking paragraphs 12, 42, 43, and 44 of the complaint, striking Exhibit 1 of the complaint, awarding defendant its actual costs and fees in connection with this motion, and for such other relief as the Court deems just and proper.  The motion shall be heard on a date and at a time directed by the Court.

DATED: New York, New York
April 23, 2012

        KASOWITZ, BENSON, TORRES
          & FRIEDMAN LLP

By:    /s/ David E. Ross
    David E. Ross (dross@kasowitz.com)
    Danielle M. Kudla (dkudla@kasowitz.com)

1633 Broadway
New York, New York 10019
(212) 506-1700
*Attorneys for Defendant*
*Eli S. Jacobs*