UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

MICHAEL QUINN,                  :    12 CV 2423 (KBF)

        Plaintiff,       :

                              :

      -against-            :    STIPULATION AND ORDER TO AMEND
                              :    COMPLAINT AND WITHDRAW MOTION TO STRIKE
ELI S. JACOBS,                  :

        Defendant.       :
-------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: APR 27 2012

  WHEREAS, On April 23, 2012, Defendant Eli. S. Jacobs filed a Motion to Strike Immaterial and Impertinent Matter from the Complaint (the "Motion"); and

  WHEREAS, Plaintiff has consented to amend the Complaint to strike the allegations and exhibit that are the subject of the Motion, and Defendant has agreed to withdraw the Motion without prejudice upon the filing of such amended complaint;

  NOW THEREFORE, the undersigned counsel for Plaintiff and Defendant hereby stipulate and agree that: (a) no later than noon on Friday, April 27, 2012, Plaintiff will file an amended complaint in the above-captioned matter deleting paragraphs 12, 42, 43 and 44 of the Complaint, and deleting Exhibit 1 to such Complaint (the "Amended Complaint") and (b) Defendant shall have until May 16, 2012 to answer, move or otherwise respond to the Amended Complaint, ~~and (c) immediately following the filing of the Amended Complaint, the Motion shall be withdrawn without prejudice.~~ (KBF) It is further stipulated and agreed that electronic signatures of counsel on this stipulation and order will be deemed to be original signatures.

Dated: New York, New York
April 26, 2012

| | |
|---|---|
| KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, NY 10022<br>(212) 940-8800 | KASOWITZ, BENSON, TORRES &<br>FRIEDMAN LLP<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1700 |
| By: Steven G. Eckhaus | /s/ David Ross<br>By: David E. Ross |
| Attorneys for Plaintiff | Attorneys for Defendant |

**SO ORDERED:**

_____
Hon. Katherine B. Forrest, U.S.D.J.

Dated: 4/27/12

The Clerk of the Court is directed to terminate Dkt. No. 5.