# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

DAVID E. ROSS
PARTNER
212-506-1748
DROSS@KASOWITZ.COM

212-506-1700

FACSIMILE: 212-506-1800

ATLANTA
HOUSTON
NEWARK
SAN FRANCISCO



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 14 2012

May 11, 2012

**BY HAND**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

RECEIVED
MAY 14 2012
KATHERINE B. FORREST
U.S. DISTRICT JUDGE
S.D.N.Y.

Re:   *Quinn v. Jacobs*, 12-CV-2423 (KBF)

Dear Judge Forrest:

    We are counsel to defendant in the above-referenced matter. We write with the consent of plaintiff's counsel to seek a brief adjournment of the initial pre-trial conference in this matter due to counsel's vacation schedules. The initial pretrial conference is now scheduled for Wednesday, May 23 at 11:30 a.m. Counsel request an adjournment either to Friday, June 1 or Friday, June 8.

Respectfully,

David E. Ross, Esq.

cc: Steven G. Eckhaus, Esq. (Via E-Mail)

*Adjourned to June 1 at 2:30pm*

*May 14, 2012*

SO ORDERED:

HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE