```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 18, 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
Michael Quinn          Plaintiff(s)       :
                                          :         12 Civ. 2423 (KBF)
                                          :
         -v-                              :         ORDER
                                          :
                                          :
Eli S. Jacobs., et al.                    :
                       Defendant(s).      :
------------------------------------------X

KATHERINE B. FORREST, District Judge:

   The Initial Pretrial Conference in this action, currently scheduled for June 1, 2012, is hereby adjourned to June 14, 2012 at 3:30 p.m.


     SO ORDERED:

Dated:     New York, New York
           May 18, 2012

                            *Katherine B. Forrest*
                           _____
                                KATHERINE B. FORREST
                             United States District Judge