```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
Michael Quinn           Plaintiff(s),     :
                                          :     12 Cv. 2423 (KBF)
           -v-                            :
                                          :          ORDER
                                          :
Eli S. Jacobs                             :
                                          :
                        Defendant(s).     :
------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 22, 2012
```

KATHERINE B. FORREST, District Judge:

    The Initial Pretrial Conference in this action, currently set for June 14, 2012 at 3:30 p.m., is hereby rescheduled to June 12, 2012 at 2:00 p.m.

    SO ORDERED:

Dated:    New York, New York
           May 22, 2012

                                      *Katherine B. Forrest*
                                _____
                                   KATHERINE B. FORREST
                            United States District Judge