UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 18 2012

MICHAEL QUINN,

            Plaintiff,

-against-

ELI S. JACOBS,

            Defendant.

12 Civ. 2423 (KBF)

**SCHEDULING ORDER**

KATHERINE B. FORREST, District Judge:

    The parties propose the following schedule for this matter:

1. The parties do not consent to conducting all further proceedings before a United States Magistrate Judge.

2. Close of fact discovery: November 1, 2012.

3. Close of expert discovery: November 22, 2012.

    The parties currently contemplate experts in this matter for the following subject: Damages.

4. All pretrial materials, including the Joint Pretrial Order: December 14, 2012.

5. Trial in this matter shall commence on January 15, 2013. Trial will be before a jury. Trial is anticipated to take 3 days.

6. Plaintiff's motion to dismiss the counterclaim is scheduled as follows:

    Opening Papers: June 6, 2012
    Opposition Papers: June 26, 2012
    Reply Papers: July 10, 2012

    The parties do not yet know whether they will be moving for summary judgment.

7. The next status conference in this matter is set for ___Nov. 2___ at ___10 am___.

SO ORDERED.

Dated: New York, New York
       June 18, 2012

                                                _____
                                                Katherine B. Forrest
                                                UNITED STATES DISTRICT JUDGE